UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JASON LEVITT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:10cv296 (AJT/IDD) |
| JOSHUA KAUFFMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**AMENDED MOTION FOR WITHDRAWAL OF THE APPEARANCE
OF JENNIFER M. KIES AND BRYAN CAVE LLP AS COUNSEL
FOR JASON LEVITT AND FULL SPECTRUM POWER**

Plaintiffs and Counterclaim-defendants Mr. Levitt and Full Spectrum Power and their undersigned counsel respectfully move this Court for an order withdrawing the appearances of said counsel, Jennifer M. Kies and the law firm of Bryan Cave LLP.[1]  Counsel for Defendants and Counter-Claimants Joshua Kauffman and Navitus Group, Inc. does not object to this motion with the understanding that Bryan Cave's withdrawal will not affect the deadlines set forth in the agreed discovery plan and that Mr. Levitt will appear at the June 23rd Pretrial Conference to acknowledge those deadlines.  Mr. Levitt and Full Spectrum Power and Bryan Cave state the following in support of this motion:

---

[1] This amended motion is being filed to account for a misunderstanding between counsel.

1. Mr. Levitt and Full Spectrum Power seek to change counsel and go forward in this matter *pro se*.

2. Accordingly, Mr. Levitt and Full Spectrum Power no longer require the appearances of Ms. Kies and Bryan Cave as counsel.  Mr. Levitt's and Full Spectrum Power's rights will not be affected by the withdrawal of said counsel.   Plaintiffs' signed consent to the withdrawal of Bryan Cave is attached to this Motion.

3. Plaintiffs have communicated with Defendants' counsel regarding the withdrawal of Bryan Cave and they do not object to it with the understanding that Bryan Cave's withdrawal will not affect the deadlines set forth in the agreed Discovery Plan and that Mr. Levitt will appear at the June 23rd Pretrial Conference to acknowledge those deadlines.

## CONCLUSION

For the foregoing reasons, Plaintiffs and Bryan Cave respectfully request that this motion for an order permitting the withdrawal of Jennifer M. Kies and Bryan Cave LLP as counsel for Jason Levitt and Full Spectrum Power be granted.

Respectfully submitted,

**BRYAN CAVE LLP**

/s/ Jennifer M. Kies_____

Jennifer M. Kies (VSB #73102)
1155 F Street, NW
Washington, DC  20004
Tel.:  (202) 508-6044
Fax:  (202) 508-6200
jennifer.kies@bryancave.com

Dated:  June 21, 2010            *Counsel for Plaintiffs Jason Levitt and Full Spectrum Power*

2

Of Counsel:

Alec W. Farr
BRYAN CAVE LLP
1155 F Street, N.W., Suite 700
Washington, D.C.  20004
Tel.: (202) 508-6053
Fax:  (202) 508-6200
awfarr@bryancave.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2010, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Attison L. Barnes, III, Esq.
>WILEY REIN LLP
>1776 K Street, N.W.
>Washington, DC 20006
>Tel.: (202) 719-7000
>Fax: (202) 719-7049
>abarnes@wileyrein.com
>*Counsel for Defendants/Counterclaimants*

/s/ Jennifer M. Kies

Jennifer M. Kies (VSB #73102)
1155 F Street, NW
Washington, DC  20004
Tel.: (202) 508-6044
Fax: (202) 508-6200
jennifer.kies@bryancave.com
*Counsel for Plaintiffs Jason Levitt and Full Spectrum Power*