UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JASON LEVITT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | 1:10-cv-00296 (AJT/IDD) |
| ) | |
| JOSHUA KAUFFMAN, et al., ) | |
| ) | |
| Defendants. ) | |

FILED JUN 2 3 2010 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ORDER

This matter is before the Court on Plaintiffs' and Counterclaim-Defendants' Amended Motion for Withdrawal of the Appearance of Jennifer M. Kies and Bryan Cave LLP as Counsel for Jason Levitt and Full Spectrum Power [18]. Because this matter can be resolved without oral argument, it is hereby

**ORDERED** that Plaintiffs' and Counterclaim-Defendants' Amended Motion for Withdrawal of the Appearance of Jennifer M. Kies and Bryan Cave LLP as Counsel for Jason Levitt and Full Spectrum Power [18] is **GRANTED**; it is further

**ORDERED** that because Plaintiff, Full Spectrum Power LLC is a corporation, it may not appear *pro se* in federal court and thus Plaintiff, Jason Levitt is directed to obtain entry of counsel for Full Spectrum Power LLC by a member of the bar of this Court by 5 p.m., Wednesday, July 07, 2010; it is further

**ORDERED** that all previously set deadlines by the Court's May 11, 2010 Scheduling Order [13] and the Rule 16(b) Scheduling Order will be adhered to by both Mr. Jason Levitt and Full Spectrum Power LLC's new counsel; and it is further

**ORDERED** that because this Court has already granted Plaintiffs' Amended Motion for

Withdrawal of Counsel, Plaintiffs' Consent Motion for Withdrawal of the Appearance of Jennifer Kies and Bryan Cave LLP as Counsel [17] is **DENIED** as moot.

The Clerk is directed to forward copies of this Order to counsel of record.

ENTERED this 23rd day of June, 2010.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge