**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **JASON LEVITT** and **FULL SPECTRUM POWER, LLC,** : : : | |
| Plaintiffs, : : | |
| v.   : : | Civil Action No. 1:10-cv-296 (AJT/IDD) |
| **JOSHUA KAUFFMAN** and **NAVITUS GROUP, LLC,** : : : | |
| Defendants.   : _____ : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS HONORABLE COURT:

Please note the limited appearance of Stephen A. Horvath and the law firm of Trichilo, Bancroft, McGavin, Horvath and Judkins, P.C., as counsel for Jason Levitt and Full Spectrum Power, LLC, in both the direct claim, as well as for the counter-claim.

                                         Respectfully submitted
                                         **JASON LEVITT**
                                         **FULL SPECTRUM POWER, LLC**
                                         By Counsel

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.

/s/
Stephen A. Horvath, Esquire
Virginia State Bar No. 19133
3920 University Drive
Fairfax, Virginia  22030
Telephone:  (703) 385-1000
Facsimile:   (703) 385-1555
*Counsel for Defendants in Counter-Claim*
*Jason Levitt and Full Spectrum Power, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Appearance** was served electronically, on this 27th day of August, 2010, to:

Attison Leonard Barnes, III
Wiley Rein LLP
1776 K St, NW
Washington, DC 20006
(202) 719-7000
202-719-7049 (fax)
abarnes@wileyrein.com

/s/
Stephen A. Horvath