**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **JASON LEVITT and**<br>**FULL SPECTRUM POWER, LLC,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 1:10-cv-296 (AJT/IDD)** |
| | : | |
| **JOSHUA KAUFFMAN and**<br>**NAVITUS GROUP, LLC,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**CERTIFICATE OF MAILING**

I, STEPHEN A. HORVATH, hereby certify that on the 21st day of September, 2010,

I served on all counsel of record, the Plaintiffs' Objections to Defendants' Second Set of

Interrogatories and Request for Production of Documents and Plaintiff's Objections to

Defendants' Amended Notice to Take Deposition Pursuant to Rule 30(b)(6), and that I will

retain the originals of these documents in my possession, without alteration, until the case

is concluded in this Court, the time for noting an appeal has expired, and any appeal noted

has been decided.

> Respectfully submitted
> **JASON LEVITT**
> **FULL SPECTRUM POWER, LLC**
> By Counsel

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.

/s/
Stephen A. Horvath, Esquire
Virginia State Bar No. 19133
3920 University Drive
Fairfax, Virginia  22030
Telephone:  (703) 385-1000
Facsimile:   (703) 385-1555
*Counsel for Defendants in Counter-Claim*
*Jason Levitt and Full Spectrum Power, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Certificate of Mailing** was served via hand delivery on this 21st day of September, 2010, to:

Attison Leonard Barnes, III
Wiley Rein LLP
1776 K St, NW
Washington, DC 20006
(202) 719-7000
202-719-7049 (fax)
abarnes@wileyrein.com

/s/
Stephen A. Horvath